Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00928-CV

Edward **BELL**,
Appellant

v.

Deborah **BELL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CI-18349
The Honorable Renée F. McElhaney, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  April 6, 2011

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was due on January 11, 2011, and has not been filed. On January 12, 2011, the trial court clerk filed a notification of late record stating that appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, and appellant is not entitled to appeal without paying the fee. On February 10, 2011, this court ordered appellant to show cause in writing by March 14, 2011 why this appeal should not be dismissed for want of

prosecution.   Appellant did not respond.   Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  Costs of the appeal are taxed against appellant.

PER CURIAM